**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only: No Insurance Coverage Provided)*

7002 0860 0006 5229 8207

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:01-CV-366
DOC 46  12/9/04

Sent To: DENISE THURMOND
Street, Apt. No.; or PO Box No.: 605 MARTIN LUTHER KING DR
City, State, ZIP+ 4: HAMILTON, OH 45011