**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| DENISE THURMOND, | : | |
| Plaintiff, | : | Case No.: 1:01-cv-00366 |
| | : | |
| v. | : | |
| | : | |
| OFFICER S. K. SEARS, et al., | : | **NOTICE** |
| Defendants. | : | |

Pursuant to S.D. Ohio Civ. R. 79.2(b) and the previous Notice of this Court (doc. 49), the depositions filed in the case are hereby disposed of as waste on this date.

Date: September 19, 2005

                        S. Arthur Spiegel
                        United States Senior District Judge

                        By: s/Kevin Moser
                             Kevin Moser
                             Case Manager
                             (513) 564-7620